# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:22-cv-00308

STEPHEN BUSHANSKY,

      Plaintiff,

v.

COREPOINT LODGING INC.,
KEITH A. CLINE,
JAMES R. ABRAHAMSON,
GLENN ALBA,
JEAN M. BIRCH,
ALAN J. BOWERS,
GIOVANNI CUTAIA,
ALICE E. GOULD,
B. ANTHONY ISAAC,
BRIAN KIM,
DAVID LOEB, and
MITESH B. SHAH,

      Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

//

//

Dated: April 4, 2022

Respectfully submitted,

*/s/ Joshua R. Rubin*

**WEISSLAW LLP**
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: jrubin@weisslawllp.com

*Attorneys for Plaintiff*